

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2021

No. 04-21-00290-CV

**PARRISH & CO., INC.** and East Point Installers, Inc.,
Appellants

v.

Vincent **POLIDORE**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-11827
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Lori I. Valenzuela, Justice

This is an interlocutory appeal from the trial court's denial of appellants' motion to compel arbitration. The clerk's record and reporter's records have been filed, and appellants' brief is due September 6, 2021. On August 6, 2021, appellants filed a motion asking this court to stay the underlying proceedings in the trial court pending resolution of this appeal. On August 16, 2021, appellee filed a response opposing the request.

Appellants' motion to stay is DENIED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2021.



Michael A. Cruz,
Clerk of Court